UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIERE K. EVANS,<br>Plaintiff,<br>-against-<br>BOWERY RESIDENT'S COMMITTEE, INC.,<br>Defendant. | 25-CV-5705 (PAC)<br>CIVIL JUDGMENT |

For the reasons stated in the October 20, 2026 order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 20, 2026
New York, New York

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge